**RECEIVED**
Court of Appeals

OCT 09 2023

Ruben Morin
Clerk, 5th District

No. 05-23-00161-CV

FILED

23 OCT -9 PM 12: 12

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

In the Court of Appeals
For the Fifth District of Texas at Dallas

# DEYLAN WALKER

## Appellant,

## V.

# QBE AMERICAS, INC. AND SONIA DIAZ, ET AL

## Appellees,

On appeal from the 101st Judicial District Court
of Dallas County, Texas
Cause Number: DC-19-14300
The Honorable Staci Williams, Presiding Judge

# APPELLANT'S FOURTH EMERGENCYMOTION FOR EXTENSION OF TIME TO FILE REPORTER'S RECORD

APPELLANT
Deylan Walker
P.O. Box 224943
Dallas, Texas 75222
214.536.4097
*PRO SE*

1

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

I.

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant moves for a fourth extension of time in which to file reporter's record, to thirty days after the deadline of October 16, 2023, with a new deadline of November 16, 2023, for several reasons, 1.) The 5th Court of Appeals originally set a due date for the reporter's record of May 17, 2023, but Terri Etekochay failed to provide Appellant list of hearing dates and costs for hearings in order for Appellant to obtain the appropriate funds to pay for the reporter's record; 2.) The 5th Court of Appeals set a another due date for the reporter's record of October 21, 2023, but Terri Etekochay failed to provide Appellant list of hearing dates and costs for hearings in order for Appellant to obtain the appropriate funds to pay for the reporter's record though Appellant had provided a request for the reporter's record and associated cost for each record; 3.) The 5th Court of Appeals originally set a due date for the reporter's record of October 31, 2023, and order Terri Etekochay failed to provide Appellant list of hearing dates and costs for hearings in order for Appellant pay for the reporter's record; 4.) Appellant received the invoice for $775.00 for the cost of several reporter's records that were taken by Terri Etekochay, Official Court Reporter for the 101st Judicial District Court; 5.) It has taken several months for Terri Etekochay, Official Court Reporter for the 101st

2

Judicial District Court to comply with several 5th Court of Appeal orders for the reporters record and accordingly to provide Appellant with relevant associated cost of hearings and list of hearings taken by her and any other substitute court reporters; 6.) As a result of cost of $775.00 due for the several court reports/transcripts taken by Terri Etekochay, Appellant is unable to provide or afford to pay for all the reporter's records at this time due to the last minute notice of the costs of the court reporters records and deliberate numerous delays and intentional false statements made to the 5th Court of Appelas by Terri Etekochay that have caused undo harm in which is irreparable and put the Appellant in a negative situation with the 5th Court of Appeals with the current deadline of October 5, 2023 to pay or arrange payment arrangements to pay for the court reporter's records including the one court reporter's record due by Norma Rico for $375.00. 7.) Appellant can afford to pay at this time for the one court reporter's record in the amount of $375.00 to Norma Rico for the reporter's record taken on February 17, 2022 Motion to Withdraw hearing; 8.) Appellant requests an extension for another 30 to 45 days (new due date of November 5, 2023 to November 20, 2023) in order to pay for the additional costs of the reporter's record due to the many delays for several months caused by Terri Etekochay that caused Appellant to request the previous three extensions for time to pay for the reporter's records in which had appellant been provided the requested costs associated with

3

all the reporter's records prior to the original due date of May 17, 2023, Appellant would have had enough time to obtain the proper amount of funding to paty for the reporters by the deadline of October 5, 2023 or before; 9.) Appellant makes this request to extend the due date of payment due to exigent financial circumstances and Appellant doesn't have $1,125.00 for the total cost of the remaining reporter's records to pay in such a short notice of time; 10.) Appellant would pray on the Courts mercy and take all matters relating to the conduct of Terri Etekochay who has blatantly and knowingly made false statements to the 5th Court of Appeals as an officer of the court and in violation of her state certification and Appellant's diligence in attempting to comply with each court order to the best of his ability, but appellant has been hindered in his ability to comply due to Mrs. Etekochay; 11.) This request is not made for delay but so that justice can be done; 12.) Appellant will provide proof of payment to Norma Rico in susbsequent emergency motion filed on October 6, 2023 with 5th Court of Appeals with prrof of mailed payment; 13.) Appellant would request court to grant an Order – ordering Terri Etekochay to provide Appellant individual cost of each reporter's record 13.) Appellant requests that under no circumstances that any party, Court staff in 101st Judicial District Court or 5th Court of Appeals use any email address to communicate with Plaintiff / Appellant under any circumstances, in specifically Terri Etekochay – Official Court Reporter, 101st Judicial District Court and for Ms. Etekochay to delete any

4

email addresses that she may have that may have been related to Plaintiff / Appellant; 14.) This is the fourth request for an extension of time in with respect to this deadline to pay for reporter's record only due to failure of Terri Etekochay – Official Court Reporter for the 101st Judicial District Court for non compliance with 5th Court of Appeals ORDER. The foregoing facts are within the personal knowledge of the undersigned and they are true and correct.

## II.

WHEREFORE, PREMISES CONSIDERED, Appellantt respectfully and hu mbly pray: this Court enter an ORDER granting Appellant's emergencv motion to extend time to file the Reporter's Record to 30 days to 45 days on November 5 to November 20, 2023; and for an general relief Court may determine under law and equity.

Respectfully Submitted,

Deylan Walker

Deylan Walker
P.O. Box 224943
Dallas, Texas 75222
214.536.4097
Appellant

## CERTIFICATE OF CONFERENCE

I certify that, on October 5, 2023, I have not conferred with Appellee's counsel regarding the merits of this motion and Appellee's counsel has not agreed to this motion.

Deylan Walker

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Third Emergency Motion was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure via certified mail, fax or hand delivered, on October 5, 2023:

**Deylan Walker**

Attachment (s):

J. Heath Coffman
100 Main Street
Fort Worth, Texas 76102-3090
hcoffman@belaw.com
Attorney for Appellee